AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David C. McFadden, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

Civil Action No.    8:15-cv-04885-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton.

Date:    January 17, 2017

*ROBIN L. BLUME, CLERK OF COURT*

_____
s/Ashley Buckingham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*